AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| ANDREW FREE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-1784 |
| US IMMIGRATION AND CUSTOMS ENFORCEMENT | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Andrew Free                                                                                          .

Date:       05/21/2026

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Rd, Ste 100, PMB 1192
Raleigh, NC 27616

*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 348-9213
*Telephone number*

*FAX number*