A boldfaced logotype that spells MuckRock. The MuckRock logo depicts an electronic document with an antennae inscribed inside a circle. A list of items

- Donate
- Tools
  - ○
  - ○
  - ○
- Newsletter
- Investigations
- About Us
  - ○ Mission
  - ○ Staff & Board
  - ○ FAQ
  - ○ Merch Store
  - ○ Donate

A magnifying glass Search

- File Request
- Sign Up
- Log In

# Ge Death Records

Andrew Free filed this request with the Immigration and Customs Enforcement of the United States of America.

It is a clone of this request.

| Tracking # | 2026-ICAP-00160 |
| --- | --- |
| | 2026-ICFO-08700 |
| Submitted | Dec. 14, 2025 |
| Due | Jan. 13, 2026 |
| Est. Completion | None |
| *Status* | Awaiting Response |

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

File a Request

- 7 Communications
- 2 Files

Collapse All

From: Andrew Free

12/14/2025

Subject: Freedom of Information Act Request: Ge Death Records

Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All records pertaining to the detention, care, death, and post-death inquiry for the person listed by ICE its death notification as Chaofeng Ge, (DOB: 11/4/1992 ; DOD: 8/5/2025), who died by alleged suicide in ICE custody at the Moshannon Valley ICE Processing Center, within the AOR of the Philadelphia ERO Field Office. See https://www.ice.gov/doclib/foia/reports/ddrChaofengGe.pdf

This request includes, but is not limited to, the following records:

1. Any Mortality Review and associated working papers conducted by ICE Health Services Corps, including any closeout report from the visit by IHSC investigators, and any preliminary mortality review record.
2. Any Death Review conducted by ICE ERAU, and all working papers relied upon to complete such review.
3. Any Healthcare and Security Compliance Analysis or similar document created by Creative Corrections or another Contractor, and all working papers relied upon to complete such review.
4. All extant video showing the decedent in custody.

5. All medical records for the decedent.

6. Any Executive Summary or Findings information regarding the decedent's death

7. Any autopsy report for the decedent, complete with toxicology.

8. Records of any contract discrepancy reports, Success Action Plan, contract modification, or similar findings or documents arising out of inspections or findings following the decedent's death.

9. All Significant Incident Reports for this death.

10. All Significant Event Notifications for this death.

I request expedited processing of this request pursuant to 6 C.F.R. 5.5(e) and declare under penalty of perjury pursuant to 28 USC 1746 that the following statements are true and correct to the best of my knowledge and understanding:

1. I am a member of the news media investigating and reporting edited pieces on deaths in ICE custody and abuses of power by federal law enforcement agencies. See www.MuckRack.com/Andrew-Free.

2. ICE deaths reached a 20-year high in 2025.

3. There is an urgent need to inform the public of the circumstances surrounding this death in custody, and any remedial measures ICE or DHS took to address breakdowns in the delivery of medical care prior to his death.

4. The Atlanta ICE ERO Field Office and the Stewart Detention Center have been one of the two deadliest facilities in the U.S. since 2017, and CoreCivic has a disproportionately high number of deaths in custody. OPR-ERAU, IHSC, DHS-OIG, CRCL, and Congress have all previously noted CoreCivic's violation of detention standards and contractual requirements in other suicides at Stewart, dating back to May 15, 2017.

5. An urgent need exists for the public to obtain, review, and understand the circumstances surrounding this death in custody as ICE deaths continue to rise to their highest levels since the Covid pandemic and the agency is poised to massively expand ICE detention capacity.

6. Deaths in ICE custody have been the subject of widespread and exceptional media interest about which there exist potential questions of government misconduct. See, e.g.:

a. https://www.npr.org/2025/10/23/nx-s1-5538090/ice-detention-custody-immigration-arrest-enforcement-dhs-trump

b. https://www.americanimmigrationcouncil.org/blog/trump-deadlier-for-ice-detainees-than-covid-19-pandemic/

c. http://min.house.gov/media/press-releases/reps-min-chu-lead-43-representatives-letter-demanding-answers-systemic-pattern

d. https://www.latimes.com/california/story/2025-11-22/ice-custody-deaths-raise-congress-

member-questions-ismael-ayala-uribe

e. https://www.migrationpolicy.org/article/trump-immigrant-detention

f. https://wearecasa.org/dc-press-conference-honors-lives-lost-to-ice-detention-the-highest-death-toll-in-decades/

g. https://www.warnock.senate.gov/newsroom/press-releases/warnock-ossoff-press-trump-administration-over-deaths-in-ice-custody/

h. https://www.themarshallproject.org/2025/09/27/ice-trump-california-georgia-death

i. https://www.amnesty.org/en/latest/news/2025/12/estados-unidos-nuevas-investigaciones-revelan-violaciones-de-derechos-humanos-en-los-centros-de-detencion-de-alligator-alcatraz-y-krome-en-florida/

j. https://www.americamagazine.org/politics-society/weekly-dispatch/2025/11/06/deaths-ice-custody-detention-trump-mass-deportation/

k. https://www.politico.com/news/2025/10/20/ice-is-hiring-dozens-of-health-workers-as-lawsuits-deaths-in-custody-mount-00614485

l. https://www.theguardian.com/us-news/2025/sep/26/ice-detention-death-toll-trump

m. https://otherwords.org/ice-prisons-are-growing-deadlier/

n. https://thehill.com/opinion/immigration/5543289-more-immigration-detentions-more-deaths-in-custody-from-overcrowding/

o. https://www.northcountrypublicradio.org/news/npr/nx-s1-5538090/it-s-the-deadliest-year-for-people-in-ice-custody-in-decades-next-year-could-be-worse

p. https://www.counterpunch.org/2025/12/12/ice-prisons-are-getting-deadlier/

q. https://elpasomatters.org/2025/12/09/ice-detainee-death-immigrant-camp-east-montana-fort-bliss-el-paso-texas/

r. https://english.elpais.com/usa/2025-10-09/deaths-of-migrants-in-ice-custody-reach-highest-level-in-20-years.html

s. https://www.kpbs.org/news/border-immigration/2025/10/06/another-immigrant-dies-in-ice-custody-in-california-this-time-in-the-imperial-valley

t. https://www.youtube.com/watch?v=QvoURiaxBmA

u. https://www.notus.org/immigration/2025-among-deadliest-death-ice-immigration-customs-migrant-detention

v. https://truthout.org/articles/3-people-die-in-ice-custody-in-april-as-conditions-worsen-in-immigration-jails/

w. https://americasvoice.org/blog/2025-is-ices-deadliest-year-in-20-years/

x. https://whyy.org/articles/ice-detention-center-died-pennsylvania-moshannon/

y. https://thecurrentga.org/2025/09/23/death-toll-in-ice-detention-facilities-climb/

z. https://www.theguardian.com/us-news/2025/jun/30/us-ice-detention-deaths

aa. https://www.ms.now/top-stories/latest/ice-deaths-detention-centers-tom-homan-

rcna216247

bb. https://www.usatoday.com/story/news/politics/2025/05/14/ice-detainee-deaths-custody-spending/83619379007/

cc. https://www.inquisitr.com/ice-detention-deaths-explode-in-2025-and-nearly-half-of-those-who-died-had-no-criminal-record

dd. https://www.newsnationnow.com/us-news/immigration/migrant-deaths-ice-custody-concerns/

ee. https://davisvanguard.org/2025/05/ice-crisis-deaths-immigration/

ff. https://prospect.org/2025/09/25/2025-09-25-workers-demand-justice-immigrants-die-ice-custody/

gg. https://www.wuft.org/2025-09-23/georgia-senators-demand-answers-on-more-than-a-dozen-deaths-in-immigration-detention

hh. https://laist.com/news/its-the-deadliest-year-for-ice-in-decades-as-detentions-rise-the-trend-may-continue

ii. https://www.npr.org/2025/10/06/g-s1-91947/trump-ice-detention-civil-rights

jj. https://english.elpais.com/usa/2025-09-05/ices-deadly-tally-14-migrants-have-died-in-custody-in-trumps-first-year.html

kk. https://en.as.com/latest_news/peoples-lives-are-at-risk-possible-reasons-for-the-increase-in-immigrant-deaths-in-ice-custody-in-2025-n/

ll. https://www.nytimes.com/2025/11/29/world/asia/malaysia-migrant-detentions-deaths.html

mm. https://www.wtsp.com/article/news/regional/florida/florida-immigrant-deaths-ice-custody/67-793dec1d-ca05-4b5a-8f7a-cdd8ce0ebbe0

nn. https://pridepublishinggroup.com/2025/12/10/chaos-neglect-and-abuse-inside-trumps-ice-machine/

oo. https://www.gands.com/en-us/2025/07/07/canadian-dies-in-ice-custody-ottawa-urgently-seeking-answers-your-morning/

pp. https://www.codepink.org/he_died_in_custody

qq. https://www.nbcmiami.com/news/local/theres-a-pattern-ukrainian-man-is-3rd-to-die-in-ice-custody-at-krome-detention-center/3556811/

rr. https://www.newsweek.com/ice-detention-center-migrant-deaths-rising-2093770

ss. https://www.yahoo.com/news/nine-migrants-died-ice-custody-202550838.html

tt. https://www.11alive.com/article/news/local/ice-detainee-death-georgia-june-2025-stewart-detention/85-1f1b5979-c7b5-42f2-a5f1-0bbc774a3241

uu. https://www.the-independent.com/news/world/americas/us-politics/trump-administration-ice-detention-death-b2779192.html

vv. https://www.youtube.com/shorts/SG4iQZ-7MdM

ww. https://www.wjcl.com/article/georgia-senators-demand-answers-after-ice-detainee-deaths-in-custody/68025821

xx. https://www.fox5atlanta.com/news/ice-facility-deaths-2-die-georgia-ossoff-warnock-call-investigation

yy. https://m.kuow.org/stories/it-s-the-deadliest-year-for-ice-in-decades-as-detentions-rise-the-trend-may-continue

zz. https://english.elpais.com/usa/2025-05-05/lives-cut-short-in-ice-custody-seven-migrants-die-in-trumps-first-100-days.html

aaa. https://www.theguardian.com/us-news/2025/jun/22/ice-detainee-death-georgia

bbb. https://timesofsandiego.com/crime/2025/10/07/immigration-detainees-ice-deadly-year/

ccc. https://www.ocregister.com/2025/11/21/southern-california-reps-demand-accountability-in-ice-deaths/

ddd. https://www.detentionwatchnetwork.org/pressroom/releases/2025/advocates-mourn-another-loss-life-ice-detention-under-trump-record-number

eee. https://www.newsweek.com/ice-detainee-death-family-questions-hands-feet-tied-11066992

fff. https://www.latimes.com/california/story/2025-09-23/former-daca-recipient-dies-in-ice-custody-after-being-hospitalized

ggg. https://www.msn.com/en-us/news/us/2025-was-one-of-the-deadliest-on-record-for-immigrants-in-ice-custody/ss-AA1OrFfj

hhh. https://www.latintimes.com/deaths-ice-custody-nearing-2024-total-just-half-year-trump-admin-slashes-watchdog-groups-586415

iii. https://www.thederrick.com/ap/national/deaths-in-ice-custody-raise-serious-questions-lawmakers-say/article_2bdf9f8a-d3e0-5749-8cde-0d5a2be14159.html

jjj. https://www.usatoday.com/story/news/nation/2025/03/23/immigrant-women-hell-on-earth-trump-ice-detention/82029368007/

kkk. https://cbs4local.com/news/immigration/guatemalan-man-in-ice-custody-dies-from-natural-causes-in-el-paso-hospital

lll. https://www.themirror.com/news/us-news/ice-custody-deaths-rate-increase-1457557

mmm. https://www.sacurrent.com/news/ice-reports-largest-number-of-deaths-of-immigrants-in-its-custody-in-decades/

nnn. https://www.news18.com/world/16-ice-detainee-deaths-reported-since-january-amid-trumps-immigration-crackdown-ws-e-9598959.html

ooo. https://americasvoice.org/comunicados/2025-a-terrible-year-for-immigrants-and-citizens-in-the-us/

ppp. https://www.nytimes.com/2025/06/28/us/immigrant-detention-conditions.html

qqq. https://www.yahoo.com/news/migrant-deaths-ice-custody-continue-212325312.html
rrr. https://www.forumdaily.com/en/two-more-ice-deaths-put-us-on-track-for-one-of-deadliest-years-in-immigration-detention/
sss. https://www.npr.org/2025/05/01/nx-s1-5383108/haitian-woman-death-ice-detention

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Andrew Free

From: Immigration and Customs Enforcement

01/07/2026

Subject: ICE FOIA 2026-ICFO-08700

Portal

01/07/2026

Andrew Free
MuckRock News, DEPT MRxxxxxx
Boston, Massachusetts 02115

RE: ICE FOIA Case Number 2026-ICFO-08700

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 12/15/2025, and to your request for expedited treatment. Your request was received in this office on 12/15/2025. Specifically, you

requested records pertaining to Chaofeng Ge who die in ICE's custody.
Your request for expedited treatment is hereby denied.

Under the DHS FOIA regulations, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual," 6 C.F.R. § 5.5(e)(1)(i), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," 6 C.F.R. § 5.5(e)(l)(ii). Requesters seeking expedited processing must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct. 6 C.F.R. § 5.5(e)(3).

Your request for expedited processing is denied because you do not qualify for either category under 6 C.F.R. § 5.5(e)(1). You failed to demonstrate a particular urgency to inform the public about the government activity involved in the request beyond the public's right to know about government activity generally. Your letter was conclusory in nature and did not present any facts to justify a grant of expedited processing under the applicable standards.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10- day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS Interim FOIA regulations, as they apply to media requesters. As a media requester, you will be charged 10 cents per page for duplication; the first 100 pages are free. We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

If you deem the decision to deny expedited treatment of your request an adverse determination, you have the right to appeal. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the

procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.5(e)(2). You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

U.S. Immigration and Customs Enforcement

Office of the Principal Legal Advisor

U.S. Department of Homeland Security

500 12th Street,, S.W., Mail Stop 5900

Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions, please contact the FOIA office or Daniel Edgington, FOIA Public Liaison at 500 12th St. SW Stop 5009 Washington, DC 20536-5009 or (866) 633-1182. Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned tracking number 2026-ICFO-08700. Please use this number in future correspondence.

Sincerely,

ICE FOIA Office

Immigration and Customs Enforcement

Freedom of Information Act Office

500 12th Street, S.W., Stop 5009

Washington, D.C. 20536-5009

From: Immigration and Customs Enforcement

01/12/2026

Subject: ICE FOIA 2026-ICFO-08700

Portal

01/12/2026

RE: ICE FOIA Case Number 2026-ICFO-08700

Dear Requester:

ICE's final response to your FOIA request, 2026-ICFO-08700, for records pertaining to Chaofeng Ge is attached.

Please note that the attachment may be password protected. If you are prompted to enter a password when opening the attachment and you did not receive a password it may be in your junk/spam folder.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009



- 10209811-20260112080716888

  o An arrow pointing down Download

From: Andrew Free

01/13/2026

Subject: RE: Freedom of Information Act Request #2026-ICFO-08700

Mail

I appeal. There is no active law enforcement investigation which could lead to any form of civil or criminal proceeding, because ICE does not conduct such investigations in the wake of in-custody deaths, and ICE prevents local and state and federal law enforcement from conducting one. Further, even if such investigation did exist, the blanket withholding of all materials violates the agency's reasonable segregation obligations.

From: Immigration and Customs Enforcement

01/30/2026

Subject: ICE FOIA 2026-ICAP-00160, 2026-ICFO-08700

Email

01/30/2026

Andrew Free
MuckRock News, DEPT MRxxxxxx
Boston, Massachusetts 02115

RE: ICE FOIA Case Number 2026-ICAP-00160, 2026-ICFO-08700

Dear Requester:

The Department of Homeland Security has received your letter appealing the adverse determination of your Freedom of Information Act/Privacy Act (FOIA/PA) request by U.S. Immigration and Customs Enforcement. Your appeal, dated on 1/13/2026, was received on 1/29/2026.

The Government Information Law Division acknowledges your appeal request of and is assigning it number 2026-ICAP-00160 for tracking purposes. Please reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department. Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis. While we will make every effort to process your appeal on a timely

basis, there may be some delay in resolving this matter. Should you have any questions concerning the processing of your appeal, please contact Daniel Edgington ICE FOIA Office/Public Liaison at (866) 633-1182 or at 500 12th St., SW Washington, DC 20536-5009.

Sincerely,

Sara Jazayeri
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security

From: Immigration and Customs Enforcement

02/27/2026

Subject: ICE FOIA 2026-ICAP-00160

Email

02/27/2026

RE: ICE FOIA Case Number 2026-ICAP-00160

Dear Requester:

ICE's final response to your FOIA request, 2026-ICAP-00160, is attached.

Please note that the attachment may be password protected. If you are prompted to enter a password when opening the attachment and you did not receive a password it may be in your junk/spam folder.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009



- 10413324-20260227123255766

  o   An arrow pointing down Download



- 01/12/2026

  10209811-20260112080716888

  o   An arrow pointing down Download

- 02/27/2026

  10413324-20260227123255766

  o   An arrow pointing down Download

For the Record
Keep up on new releases, projects and reporting with MuckRock's weekly newsletter
Subscribe with your email address
Icon resembling an envelope. Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

## 🧒 Powered by Givebutter

**Together, we hold power to account and shine a light on government transparency**

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:

*MuckRock Foundation*
*263 Huntington Ave*
*Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

A boldfaced logotype that spells MuckRock.

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.



© 2010–2026 MuckRock

*Sections*

- News
- Projects
- Requests
- Agencies
- Jurisdictions
- Newsletter

*About*

- About Us
- Staff
- FAQ
- API
- Editorial Policy
- Privacy Policy
- Terms of Service
- Financials

*Feeds*

- Latest Reporting
- Latest Questions
- Recently Filed Requests
- Recently Completed Requests