*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



February 27, 2026

Andrew Free
MuckRock News, DEPT MR199919
Boston, Massachusetts 02115

**RE: 2026-ICAP-00160, 2026-ICFO-08700**

Dear Mr. Free:

This is in response to your letter dated January 13, 2026, received January 29, 2026, appealing the U.S. Immigration and Customs Enforcement's (ICE) Freedom of Information Act (FOIA) Office's response to your FOIA request dated December 15, 2025, seeking all records pertaining to the detention, care, death, and post-death inquiry for the person listed by ICE its death notification as Chaofeng Ge, (DOB: 11/4/1992 ; DOD: 8/5/2025), who died by alleged suicide in ICE custody at the Moshannon Valley ICE Processing Center, within the AOR of the Philadelphia ERO Field Office.

By letter dated January 12, 2026, the ICE FOIA Office advised you that they had determined that the information you are requesting is withholdable in its entirety pursuant to Title 5 U.S.C. § 552 (b)(7)(A). In your most recent correspondence, you appealed this withholding.

Upon a complete review of the administrative record, ICE has determined that information previously withheld may be releasable to you under the FOIA. Therefore, ICE is remanding your request to the ICE FOIA Office for reprocessing. The ICE FOIA Office will respond directly to you.

Should you have any questions regarding this appeal decision, please contact ICE at ice-foia@ice.dhs.gov. In the subject line of the email please include the word "appeal," your appeal number, which is **2026-ICAP-00160**, and the FOIA case number, which is **2026-ICFO-08700**.

Sincerely,

/s/ *Brent Campbell*

*for* Sara Jazayeri
Chief

www.ice.gov

Andrew Free
Page 2

Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security


cc:      The ICE FOIA Office