A boldfaced logotype that spells MuckRock. The MuckRock logo depicts an electronic document with an antennae inscribed inside a circle. A list of items

- Donate
- Tools
    - ○
    - ○
    - ○
- Newsletter
- Investigations
- About Us
    - ○ Mission
    - ○ Staff & Board
    - ○ FAQ
    - ○ Merch Store
    - ○ Donate

A magnifying glass Search

- File Request
- Sign Up
- Log In

# GE Video

Andrew Free filed this request with the Immigration and Customs Enforcement of the United States of America.

| Submitted | Feb. 16, 2026 |
|---|---|
| Due | March 16, 2026 |
| Est. Completion | None |

*Status* Awaiting Response

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

File a Request

- 2 Communications

- 0 Files

Collapse All

From: Andrew Free

02/16/2026

Subject: Freedom of Information Act Request: GE Video

Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

1. All extant video of Chaofeng GE entering the shower area in his pod at the Moshannon Valley ICE Processing center from the early morning hours of August 5, 2026, depicting the period beginning when he enters through the shower stall where he ended his life until the period where he is discovered by GEO staff or detained immigrants.

2. Any photos of Mr. Ge's remains taken at the MVPC.

3. Any extant versions of a Significant Incident Report or Significant Event Notification ICE created pertaining to Mr. Ge's death.

4. The working papers from IHSC's Mortality Review for Mr. Ge's death.

Pursuant to 6 C.F.R. 5.5(e), I hereby request expedited processing of this request, and affirm under penalty of perjury pursuant to 28 USC 1746 that the following statements in support thereof are true and correct to the best of my knowledge and understanding:

1. I am a member of the media primarily engaged in information dissemination. I published edited works in local and national outlets regarding, inter alia, ICE detention and deaths in custody. Www.MuckRack.com/Andrew-Free. I also publish a subscription-based online newsletter about deaths in custody, www.detetentionkills.substack.com. I am a member of Investigative Reporters and Editors (IRE), a professional organization available only to journalists.

2. According to an autopsy report I have reviewed concerning Mr. Ge's death, he was hogtied with his hands and feet behind his back when his body was found.

3. While his death was ruled a suicide by hanging by the Coroner, significant speculation about potential abuse preceding Mr. Ge's death has proliferated in the media, causing his family and other detained immigrants at Moshannon, as well as the public, unnecessary pain, confusion, and doubt as to the circumstances surrounding his death.

4. Adding to the confusion, ICE failed to disclose all the circumstances surrounding Mr. Ge's death in its congressionally mandated Detainee Death Report: https://www.ice.gov/doclib/foia/reports/ddrChaofengGe.pdf. ICE omitted the fact that his hands and feet were bound together behind Mr. Ge's back when his body was discovered.

5. Due to the confusion ICE's less-than-complete communications have engendered, there is an urgency to inform the public about the circumstances surrounding his death.

6. Mr. Ge's death and deaths in ICE custody during 2025 have been the subject of widespread media attention about which there exist questions as to the government's adherence to its own standards, and its enforcement of federal laws pertaining to ICE's contractors.

7. This sustained media attention has drawn official statements by ICE's social media and DHS spokespeople, Congressional questioning, and numerous "fact-checks" from the administration.

8. ICE is poised to add approximately 92,000 beds to its detention system in the next several months.

9. ICE's FOIA backlog currently stretches back years--meaning treatment of this request in the ordinary course of business will render the answers to questions about Mr. Ge's death moot and purely historical in nature.

10. GEO's contract with Clearfield County is set for renewal in 2026. Prior to approving that contract, the public has a right to know how Mr. Ge died, and what GEO did to prevent it. Because ICE refuses to affirmatively release this information, expedited processing is necessary to obtain it.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Andrew Free

There are no files associated with this request.

For the Record
Keep up on new releases, projects and reporting with MuckRock's weekly newsletter
Subscribe with your email address
Icon resembling an envelope. Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

 **Powered by Givebutter**

**Together, we hold power to account and shine a light on government transparency**
Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:

    *MuckRock Foundation*
    *263 Huntington Ave*
    *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

A boldfaced logotype that spells MuckRock.

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.



© 2010–2026 MuckRock

*Sections*

- News
- Projects
- Requests
- Agencies
- Jurisdictions
- Newsletter

*About*

- About Us
- Staff
- FAQ
- API
- Editorial Policy
- Privacy Policy
- Terms of Service
- Financials

*Feeds*

- Latest Reporting
- Latest Questions
- Recently Filed Requests
- Recently Completed Requests