**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW FREE
                    Plaintiff,

        v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                    Defendant.

Case No. 26-cv-1784

**MOTION FOR PRO HAC**
**VICE ADMISSION**

**Motion for Jorge Munoz to Appear *Pro Hac Vice***

Movant, Daniel Melo, a licensed, practicing attorney-at-law and member of the bar in good standing of the United States District Court for the District of Columbia, hereby moves this Court for permission for Emily Burns to appear and participate in the above-captioned case, *pro hac vice*, on behalf of Plaintiff. LCvR 83.2(c).

In support of the motion, Attorney Melo states that Emily Burns, a staff attorney of the Melo Law Firm, 2920 Forestville Road, Ste 100, PMB 1192, Raleigh, NC 27616, is a member in good standing of the bar of the Supreme Court of Maine and the federal bar of the District of Colorado. The declaration of Attorney Burns is attached as Exhibit A. *See* LCvR 83.2(c). A proposed order is attached.

Movant respectfully requests that Attorney Burns be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiff. Attorney Burns will serve as co-counsel for Plaintiff with the undersigned, who will continue to serve as counsel for Plaintiff as well. Plaintiff's counsel is unable to confer with opposing counsel as no appearance has been entered on behalf of Defendant.

Date:   May 22, 2026                          Respectfully submitted,

1

2

By: /s/ Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com