**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANDREW FREE

          Plaintiff,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Defendant.

Case No. 26-cv-1784

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Emily Burns and the

Declaration Emily Burns submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Emily Burns be, and

that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above

captioned case.

Dated:_____          _____
                                   Hon.
                                   United States District Judge