## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

ANDREW FREE,

          Plaintiff,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Defendant.

Case No. 26-cv-01784

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that copies of the Summons and Complaint, together with any exhibits, were served on ICE and the Attorney General in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail (electronic tracking receipts attached) and upon the U.S. Attorney for the District of Columbia via electronic mail (confirmation attached) on the following dates:

| | |
|---|---|
| U.S. Attorney for the District of Columbia<br>601 D Street, NW<br>Washington, DC 20579 | Served May 26, 2026 |
| ICE – Office of Principal Legal Advisor<br>500 12th St. SW Stop 5900<br>Washington DC 20536 | Served June 1, 2026 |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Served June 4, 2026 |

Dated: June 4, 2026

By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654

1

2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*

2