

June 04, 2026

Dear Reference:  Free Ge:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9876 5527 6312 31**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | June 04, 2026, 04:28 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | US Attorney General US DOJ |

## Shipment Details

**Weight:**

## Recipient Signature

**Signature of Recipient:** Signature X ~illegible~

Printed Name ~illegible~

**Address of Recipient:** Delivery Address JUSTICE 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES POSTAL SERVICE** ®

June 02, 2026

Dear Reference:  Free Ge:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9876 5527 6312 79**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 01, 2026, 09:18 am |
| **Location:** | WASHINGTON, DC 20536 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | ICE - Office of Principal Legal Advisor |

## Shipment Details

**Weight:**

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *R Gill* <br> *R Gill* |
| **Address of Recipient:** | *20536* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**Thursday, May 28, 2026 at 9:00:06 AM Eastern Daylight Time**

**Subject:** RE: Free v. Immigration and Customs Enforcement 26-cv-1784
**Date:** Tuesday, May 26, 2026 at 5:26:08 PM Eastern Daylight Time
**From:** USADC-ServiceCivil
**To:** Daniel Melo, USADC-ServiceCivil

Your submission has been received by email on May 26, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Daniel Melo <Dan@themelolawfirm.com>
**Sent:** Tuesday, May 26, 2026 10:03 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Free v. Immigration and Customs Enforcement 26-cv-1784

Please see the attached service of process.

Best,

**Daniel Melo**
The Melo Law Firm, PLLC
*Federal FOIA & Transparency Litigation*
(919) 348-9213
themelolawfirm.com
*Confidentiality Notice: This email and any attachments are intended only for the recipient.
If you are not the intended recipient, please notify the sender immediately and delete this
message.*