UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FREE,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　*Defendant*. | Civil Action No. 26-1784 (JMC) |

## <u>NOTICE OF APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

David S. Bettwy as counsel for Defendant in this action.


Dated: June 25, 2026
　　　　Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ David S. Bettwy*_____
　　　DAVID S. BETTWY, D.C. Bar #155148
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 252-2410
　　　David.Bettwy@usdoj.gov

*Attorneys for the United States of America*