**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW FREE,<br><br>            Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br><br>            Defendant. | Case No. 26-cv-1784 (JMC) |

**SCHEDULING ORDER**

**I.   CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall file a joint status report by **August 21, 2026**, and every 90 days thereafter until further order of the Court.

**II.   COMMUNICATIONS WITH CHAMBERS**

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests for extensions or to reschedule hearing dates.

**III.   MEDIATION**

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral. **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 24, 2026