AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Andrew Free
*Plaintiff*
v.
U.S. Immigration and Customs Enforcement
*Defendant*

Case No. 1:26-cv-01784

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Andrew Free .

Date: 08/20/2026

/s/ Emily Burns
*Attorney's signature*

Emily Burns - 011497
*Printed name and bar number*

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
*Address*

emily@themelolawfirm.com
*E-mail address*

(518) 423-8227
*Telephone number*

*FAX number*

Print | Save As... | Reset