UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FREE,

*Plaintiff*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 26-1784 (JMC)

**JOINT STATUS REPORT**

Plaintiff Andrew Free and Defendant U.S. Immigration and Customs Enforcement ("Defendant"), by and through counsel, respectfully submit this Joint Status Report pursuant to this Court's June 29, 2026 Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning FOIA requests seeking records related to an individual's death allegedly while in Defendant's custody and Defendant's alleged pattern-and-practice of hundreds of FOIA violations suffered by Plaintiff over a seven-year period relating to requests for records regarding in-custody deaths, detention oversight, and transparency practices within ICE's FOIA Office.

2. Plaintiff filed a complaint on May 21, 2026, and Defendants answered on June 25, 2026.

3. Defendant reports that, since the last joint status report, taskings and searches have been completed, and responsive documents are being uploaded into Defendant's system for review and processing. Defendant has identified 2,449 pages of responsive documents. Defendant agrees to make its first production on or before October 13, 2026. Once de-duplication and scoping are complete, Defendant will be in a position to confer with Plaintiff on a reasonable processing

schedule. Despite Plaintiff's stated position below, the parties have not conferred on Plaintiff's motion to process at a rate of 750 pages minimum per month, which was first proposed to Defendant in a JSR redline to Defendant's counsel on the afternoon August 21, 2026. Defendant has not had the opportunity to confer with counsel on Plaintiff's proposal.

4. Plaintiff asks that the Court order that Defendant process documents at a minimum of 750 pages per month with the first production on or before October 13, 2026. This amount is consistent with the agency's stated processing policy in recent sworn declarations. *See e.g.*, *LatinoJustice PRLDEF*, *et al. v. U.S. Immigration and Customs Enforcement, et al.*, 1:25-cv-08516-LGS, ECF No. 60 at ¶¶ 38, 44-45, (SDNY 2026) (declaration by ICE FOIA Director Fernando Pineiro stating "ICE's normal processing rate for cases in litigation is 750 pages or 5 minutes of media files, per month, per case."); *Haitian Bridge Alliance, et al. v. Immigration and Customs Enforcement, et al.*, 1:22-cv-08344, ECF No. 71 ¶¶ 20, 23 (SDNY 2026) (Pineiro declaration stating "ICE's normal processing rate for cases in litigation is 750 pages or 7.5 minutes of media files, per month, per case."). Defendant has identified a universe of 2,449 pages of responsive documents, and Plaintiff's counsel conferred with agency counsel on July 20, 2026, that Plaintiff intended to seek a production order for the current JSR. For FOIAs regarding ICE death records, ICE processes at an even faster rate of 1,000 pages per month. *See Project on Government Oversight, Inc., v. Immigration and Customs Enforcement*, 1:25-cv-01429, ECF No. 17 (D.D.C. 2026) (Joint Status Report).

5. As reported previously, Defendant has identified over a thousand videos responsive to Plaintiff's request for video records. The parties are continuing to confer in good faith on possible ways to narrow the scope of the video request.

6. Pursuant to the Court's Scheduling Order (ECF No. 12), the parties will submit another joint status report on or before November 19, 2026.

Dated: August 21, 2026
Washington, DC

By: /s/ *Daniel Melo*
Daniel Melo

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(919) 348-9213
dan@themelolawfirm.com

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*