UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FREE,

*Plaintiff*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 26-1784 (JMC)

**JOINT STATUS REPORT**

Plaintiff Andrew Free and Defendant U.S. Immigration and Customs Enforcement ("Defendant"), by and through counsel, respectfully submit this Joint Status Report pursuant to this Court's June 29, 2026 Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning FOIA requests seeking records related to an individual's death allegedly while in Defendant's custody and Defendant's alleged pattern-and-practice of hundreds of FOIA violations suffered by Plaintiff over a seven-year period relating to requests for records regarding in-custody deaths, detention oversight, and transparency practices within ICE's FOIA Office.

2. Plaintiff filed a complaint on May 21, 2026, and Defendants answered on June 25, 2026.

3. As previously reported, Defendant identified approximately 2,449 pages of responsive records and agreed to make its first release of records by October 13, 2026. Defendant also reported that it would be in a position to confer on a processing schedule with Plaintiff once de-deduplication and scoping were completed.

4. On October 8, 2026, Defendant released 508 pages of records in part, based on processing 508 pages of records. Defendant withheld the records in part pursuant to FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(E), and (b)(7)(F).

5. Defendant reports that it completed de-duplication and scoping. There are approximately 465 records totaling approximately 2,134 pages. Defendant conferred with Plaintiff and has agreed to process records at a rate of 750 pages per month.

6. Defendant intends to make its next production of documents by December 16, 2026.

7. Defendant has identified nearly a thousand videos responsive to Plaintiff's request for video records. The parties are conferring on possible ways to narrow the scope of the video request.

8. Pursuant to the Court's Scheduling Order (ECF No. 12), the parties will submit another joint status report on or before February 17, 2027.

Dated: November 19, 2026
Washington, DC

By: *_/s/ Daniel Melo_*
Daniel Melo

The Melo Law Firm
2920 Forestville Road
Ste 100, PMB 1192
Raleigh, NC 27616
(919) 348-9213
dan@themelolawfirm.com

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ David S. Bettwy_*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*